No. 404. October Term, 1922. THOMAS D. McCARTHY, UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK, *v.* JULES W. ARNDSTEIN. Appeal from the District Court of the United States for the Southern District of New York. October 15, 1923. The petition for a rehearing in this case is granted; and the case assigned for reargument on Monday, November 19 next, after the cases heretofore assigned for that day. *Mr. Solicitor General Beck, Mr. Lindley M. Garrison, Mr. Saul S. Myers* and *Mr. Walter H. Pollak,* for appellant, in support of the petition. *Mr. W. Randolph Montgomery,* by leave of Court, filed a brief as *amicus curiae.* [See 262 U. S. 355.]